IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER MEIKE,

    Plaintiff,                               No. C 11-06329 JSW

v.

ORACLE CORPORATION,                   **ORDER OF RECUSAL**

    Defendant.
                                             /

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: January 30, 2012

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE