IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER MEIKE,

    Plaintiff,

v.

ORACLE CORPORATION,

    Defendant.
_____/

No. C 11-06329 JSW

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: January 30, 2012

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE