IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MEIKE,<br><br>        Plaintiff,<br><br>  v.<br><br>ORACLE CORPORATION,<br><br>        Defendant.<br>_____/ | No. C 11-06329 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 25, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 31, 2012.

DESIGNATION OF EXPERTS: 7/6/12; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 31, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by August 3, 2012;

    Opp. Due August 17, 2012; Reply Due August 24, 2012;

    and set for hearing no later than September 7, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 2, 2012 at 3:30 PM.

COURT TRIAL DATE: October 15, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in private mediation in late June 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/2/12

                                          _____
                                          SUSAN ILLSTON
                                          United States District Judge

**United States District Court**
**For the Northern District of California**