| | |
|---|---|
| 1 | MICHAEL S. WARD #178648 |
|  | JOSEPH L. J. APPEL #276946 |
| 2 | FITZGERALD ABBOTT & BEARDSLEY LLP |
|  | 1221 Broadway, 21st Floor |
| 3 | Oakland, California 94612 |
|  | Telephone: (510) 451-3300 |
| 4 | Facsimile: (510) 451-1527 |
|  | Email: mward@fablaw.com |
| 5 |       jappel@fablaw.com |
| 6 | Attorneys for Defendants |
|  | ORACLE CORPORATION, ORACLE AMERICA, INC., |
| 7 | SUN MICROSYSTEMS DIRECTOR CHANGE OF |
|  | CONTROL SEVERANCE PLAN, AND |
| 8 | LDCC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ROGER MEIKE, | Case No.: CV 11-06329 SI |
|     Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| vs. | |
| ORACLE CORPORATION; THE SUN MICROSYSTEMS, INC. DIRECTOR CHANGE OF CONTROL SEVERANCE PLAN (AMENDED AND RESTATED AS OF 1/25/10) (THE "PLAN"); THE LEADERSHIP DEVELOPMENT AND COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF ORACLE AMERICA, INC. (THE "LDCC"); AND ORACLE AMERICA, INC. | |
|     Defendants | |

Pursuant to FRCP 41(a)(ii) the parties hereby stipulate that this matter should be dismissed with prejudice and without an award of costs, attorneys' fees, or sanctions to any party.

Dated: July 10, 2012        SWEENY, MASON, WILSON & BOSOMWORTH

By _____
Kurt E. Wilson
Attorneys for Plaintiff

---
1
STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
THEREON - CASE NO.: CV 11-06329 SI

7/10/12 (28023) #468623.1

Dated: July 10, 2012                    FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
Michael S. Ward
Attorneys for Defendants

Upon the stipulation of the parties, IT IS ORDERED:

This matter is dismissed with prejudice and without costs, attorneys' fees or sanctions.

Dated: _____7/12_____, 2012

_____
Hon. Susan Illston
United States District Judge

---

2
STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
THEREON - CASE NO.: CV 11-06329 SI

7/10/12 (28023) #468623.1